**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow, D.D.S., | ) No. CIV 06-2635-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| Boston Mutual Life Insurance Co., et al., | ) |
| Defendants. | ) |
| _____ | ) |

Pending before the Court is the parties' Stipulated Motion for Extension of Time to File Answer . [Doc. No. 7]  Good cause appearing,

**IT IS ORDERED** the parties' Stipulated Motion for Extension of Time to File Answer [Doc. No. 7] is **GRANTED**.  Defendants shall have through **November 17, 2006**, to answer or otherwise respond to Plaintiff's Complaint.

DATED this 14th day of November, 2006.

_____
Stephen M. McNamee
United States District Judge

Dockets.Justia.com