**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jay A. Morrow, D.D.S.,       )<br>                                       )<br>        Plaintiff,             )<br>                                       )<br>v.                                   )<br>                                       )<br>                                       )<br>Boston Mutual Life Insurance Co., et al.,)<br>                                       )<br>        Defendants.        )<br>                                       )<br>_____) | No. CIV 06-2635-PHX-SMM<br><br>**ORDER** |

   Pending before the Court is the parties' Stipulated Motion for Extension of Time to File Answer . [Doc. No. 7]  Good cause appearing,

   **IT IS ORDERED** the parties' Stipulated Motion for Extension of Time to File Answer [Doc. No. 7] is **GRANTED**.  Defendants shall have through **November 17, 2006**, to answer or otherwise respond to Plaintiff's Complaint.

   DATED this 14th day of November, 2006.

_____
Stephen M. McNamee
United States District Judge