**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow, ) | No. CIV 06-2635 -PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Boston Mutual Life Insurance Co., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Having considered the request of Defendants Boston Mutual Life Insurance Company and Disability Reinsurance Management Services, Inc., to allow their corporate representative to appear telephonically at the Rule 16 Preliminary Pretrial Conference on **February 27, 2007, at 4:00 p.m.** before this Court [Dkt. 18], and for good cause shown,

**IT IS ORDERED** that Defendants' out-of-state corporate representative may appear telephonically at the **February 27th** Rule 16 Conference. Defendants' representative shall call the Court on a clear, landline at **3:55 p.m.** Mountain Standard Time at 602-322-7555.

DATED this 17th day of January, 2007.

Stephen M. McNamee
United States District Judge