**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jay A. Morrow, D.D.S., ) | No. CIV 06-2635-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) |  |
| Boston Mutual Life Insurance Co., et al., ) |  |
| Defendants. ) |  |

    Pending before the Court is Plaintiff's Motion to Reschedule Pretrial Management Conference. [Doc. No. 20]  Good cause appearing,

    **IT IS ORDERED** the Plaintiff's Motion to Reschedule Pretrial Management Conference [Doc. No. 20] is **GRANTED**.

    **IT IS FURTHER ORDERED** that the Preliminary Pretrial Conference set for February 27, 2007 is **VACATED**.

    **IT IS FURTHER ORDERED** that the Court will conduct a Preliminary Pretrial Conference in this matter on **Tuesday, March 6, 2007 at 4:00 p.m** before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

//

//

//

1  **IT IS FURTHER ORDERED** that all provisions of the Court's January 8th, 2007
2  Order [Doc. No. 16] remain in full effect other than the date of the Rule 16 Preliminary
3  Pretrial Conference.

4  DATED this 18th day of January, 2007.

Stephen M. McNamee
United States District Judge