**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Boston Mutual Life Insurance Co., et al.,<br><br>　　　　Defendants. | No. CIV 06-2635 -PHX-SMM<br><br>**ORDER** |

　　　Having considered the request of Defendants Behavioral Management P.A., d.b.a. Medical Interventions, and Bettina Kilburn M.D., that they be allowed to appear telephonically at the Rule 16 Preliminary Pretrial Conference on **Tuesday, March 6, 2007, at 4:00 p.m.** before this Court [Dkt. 22], and for good cause shown,

　　　**IT IS ORDERED** that Defendant Behavioral Management P.A.'s out-of-state corporate representative and Defendant Bettina Kilburn M.D. may appear telephonically at the **March 6th** Rule 16 Conference. Defendants shall call the Court on a clear, landline at **3:55 p.m.** Mountain Standard Time at 602-322-7555.

　　　DATED this 22nd day of January, 2007.

Stephen M. McNamee
United States District Judge