**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow, ) | No. CIV 06-2635 -PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Boston Mutual Life Insurance Co., et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is Plaintiff's unopposed Request for Additional Time to Respond to Defendants' Motion to Dismiss and Exhibits Thereto. (Dkt. 69)

Plaintiff asserts that the Motion to Dismiss filed by Defendants Behavioral Management P.A. ("BMI") and Dr. Bettina Kilburn ("Kilburn") is "predicated on matters extraneous to the pleadings" and requests additional time to respond thereto. Plaintiff seeks to avoid any prejudice that could result if the Court were to convert the motion to dismiss into a motion for summary judgment. Under Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Court may, in its discretion, convert a motion to dismiss for failure to state a claim into a motion for summary judgment by considering matters outside the pleadings.

Because the Court will not convert the Motion to Dismiss filed by Defendants BMI and Kilburn into a Rule 56 motion for summary judgment, Plaintiff's request will be denied.

//

1  //

2      Accordingly,

3      **IT IS ORDERED** that Plaintiff's Request for Additional Time to Respond to

4  Defendants' Motion to Dismiss and Exhibits Thereto (Dkt. 69) is **DENIED**.

5  DATED this 21st day of May, 2007.

_____
Stephen M. McNamee
United States District Judge