**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow, ) | No. CIV 06-2635 -PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Boston Mutual Life Insurance Co., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is the parties' Stipulation for Extension of Time to File Replies in Support of Motion for Partial Summary Judgment and Response to Cross-Motion for Summary Judgment filed by Defendants BMI and Kilburn. (Dkt. 96)  Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Extension of Time to File Replies in Support of Motion for Partial Summary Judgment and Response to Cross-Motion for Summary Judgment filed by Defendants BMI and Kilburn (Dkt. 96) is **GRANTED**.

//

//

//

1   **IT IS FURTHER ORDERED** that Plaintiffs shall have through August 6, 2007, to
2   file its Replies and Response.
3   DATED this 21st day of June, 2007.

Stephen M. McNamee
United States District Judge