**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jay A. Morrow, D.D.S., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> Boston Mutual Life Insurance Co., et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____) | No. CIV 06-2635-PHX-SMM <br><br> **ORDER** |

Pending before the Court is the parties' Stipulation for Extension of Time for Plaintiff to File Reply in Support of Motion to Strike. [Doc. No. 112]  Good cause appearing,

**IT IS ORDERED** the parties' Stipulation for Extension of Time for Plaintiff to File Reply in Support of Motion to Strike [Doc. No. 112] is **GRANTED**.  Plaintiff shall have through **September 11, 2007**, to file his Reply in Support of Motion to Strike Paragraph 73 of Defendants Boston Mutual and DRMS's Statement of Facts and Corresponding Exhibit 19.

DATED this 24th day of August, 2007.

Stephen M. McNamee
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28