**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow,           )<br>                                )<br>     Plaintiff,             )<br>                                )<br>vs.                         )<br>                                )<br>Boston Mutual Life Insurance Co., et al., )<br>                                )<br>     Defendants.        )<br>                                )<br>_____) | No. CIV 06-2635 -PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Extension of Certain Deadlines under Rule 16 Scheduling Order (Dkt. 120). Good cause appearing therefor,

**IT IS HEREBY ORDERED** extending the deadlines set forth in the March 9, 2007 Rule 16 Scheduling Order as follows:

Plaintiff's Expert Witness Disclosure shall be due on **December 14, 2007**.

Defendant's Expert Witness Disclosure shall be due on **February 8, 2008**.

The parties' Rebuttal Expert Disclosure, if any, shall be due on **March 7, 2008**.

All discovery shall be completed on or before **April 18, 2008**.

All dispositive motions shall be filed on or before **May 16, 2008**.

A Final Pretrial Conference will be held in this matter on **June 11, 2008** at 4:00 p.m.

//

1  **IT IS FURTHER ORDERED** that all provisions of the Court's Rule 16 Scheduling
2  Order (Dkt. 41), with the exception of the dates changed above, remain in full force and
3  effect.
4  DATED this 12th day of September, 2007.

_____
Stephen M. McNamee
United States District Judge