**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow, D.D.S., an individual<br><br>    Plaintiff,<br><br>    v.<br><br>Boston Mutual Life Insurance Company, *et al.*,<br><br>    Defendants. | Case No.: CIV06-02635-PHX-SMM<br><br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to Extend Certain Deadlines to Accommodate Deposition Scheduling (Dkt. 143). Good cause appearing therefor,

**IT IS HEREBY ORDERED** extending the deadlines set forth in the March 9, 2007 Rule 16 Scheduling Order (Dkt. 41), as amended by Order dated September 12, 2007 (Dkt. 122), as follows:

Plaintiff's Expert Witness Disclosure shall be due on **January 11, 2008**.

Defendants' Expert Witness Disclosure shall be due on **March 7, 2008**.

The parties' Rebuttal Expert Disclosure, if any, shall be due on **April 4, 2008**.

All discovery shall be completed on or before **May 9, 2008**.

All dispositive motions shall be filed on or before **June 6, 2008**.

//

//

//

1 **IT IS FURTHER ORDERED** that all provisions of the Court's Rule 16
2 Scheduling Order (Dkt. 41), as amended by this Court's Order dated September 12, 2007
3 (Dkt. 122), with the exception of the dates changed above, remain in full force and effect.
4     DATED this 18th day of October, 2007.

                                Stephen M. McNamee
                                United States District Judge