**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow, D.D.S., | No. CIV 06-2635-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Boston Mutual Life Insurance Company, et al., | |
| Defendants. | |

On October 31, 2007, the Court held a telephonic discovery dispute in the above-captioned matter. The parties presented several issues for the Court's determination, each pertaining to Defendants BMI and Dr. Kilburn's responses to discovery requests. The hearing addressed BMI and Dr. Kilburn's prior claim review work on behalf of DRMS, tax records of BMI and Dr. Kilburn, BMI employees' testimony in other matters, and Dr. Kilburn's notes relating to Plaintiff's claim review. Pursuant to the decisions reached in that hearing, **IT IS HEREBY ORDERED** as follows:

(1) Defendant BMI shall produce to Plaintiff a summary of previous claims reviews performed by BMI for DRMS, including reviews conducted by Dr. Kilburn. Due to the privacy interests involved in medical records, the summary shall consist of a case number (e.g., "1") and the determination reached (e.g., "disabled"). BMI shall also maintain a master list identifying which case numbers correspond to which files, in the event further disclosure of the files is warranted.

1    (2) Defendant Kilburn shall provide to Plaintiff a modified financial disclosure of all
2 IRS W-2 and 1099 forms for 2005, 2006, and 2007.
3    (3) Defendant BMI shall identify to Plaintiff the instances in which BMI employees
4 have testified, and shall identify whether a transcript is available of that testimony.
5    (4) Issues pertaining to whether Defendants waived their objections to discovery
6 requests shall be addressed as part of the Court's consideration of the existing motions filed
7 by the parties.
8    (5) Plaintiff's request that Defendant Kilburn produce the file and notes relating to
9 Plaintiff's file review, or to state where those documents are, is denied as premature.
10    (6) As the Court has ruled for each party on issues brought before it, Plaintiff's request
11 for attorneys' fees is denied.
12    DATED this 1st day of November, 2007.

_____
Stephen M. McNamee
United States District Judge