**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow, D.D.S., an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>Boston Mutual Life Insurance Company, et al.,<br><br>    Defendants. | No. CV06-2635-PHX-SMM<br><br>**ORDER GRANTING EXTENSION OF CERTAIN DEADLINES UNDER RULE 16 SCHEDULING ORDER** |

Before the Court is Plaintiff's unopposed Motion to Extend Certain Deadlines Under Rule 16 Scheduling Order (Dkt. 164). Having been made aware of the family emergency which necessitates Plaintiff's counsel to be away from work, the Court will modify certain deadlines set forth in the Scheduling Order dated March 6, 2007 (Dkt. 41) and modified by orders dated September 12, 2007 (Dkt. 122) and October 18, 2007 (Dkt. 145). Noting that this is the third modification of the deadlines set in the Scheduling order, the modified deadlines set forth below are not the dates requested in Plaintiff's Motion. The parties may petition the Court should further relief on these deadlines be necessary. Accordingly,

**IT IS HEREBY ORDERED** extending the deadlines set forth in the March 9, 2007 Rule 16 Scheduling Order as follows:

Plaintiff's Expert Witness Disclosure shall be due on February 15, 2008.

Defendant's Expert Witness Disclosure shall be due on April 11, 2008.

The parties' Rebuttal Expert Disclosure, if any, shall be due on May 8, 2008.

All discovery shall be completed on or before June 6, 2008.

All dispositive motions shall be filed on or before July 11, 2008.

1  A Final Pretrial Conference will be held in this matter on August 13, 2008 at 4:00 p.m.

2  **IT IS FURTHER ORDERED** that all other provisions of the Court's Rule 16 Scheduling
3  Order (Dkt. 41), as amended by ths Court's Order dated September 12, 2007 (Dkt. 122) and further
4  amended by this Court's Order dated October 18, 2007 (Dkt. 145), shall remain in full force and
5  effect.

6  DATED this 3rd day of January, 2008.

_____
Stephen M. McNamee
United States District Judge