**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow, D.D.S., an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>Boston Mutual Life Insurance Company, et al.,<br><br>    Defendants. | No. CV06-2635-PHX-SMM<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Strike Boston Mutual and DRMS's Statement of Facts ¶ 73 and Corresponding Exhibit 19 (Dkt. 108). The statement of fact and exhibit which Plaintiff seeks to strike were submitted in Defendants Boston Mutual and DRMS's response to Plaintiff's motion for partial summary judgment (Dkts. 90, 59). The Court denied Plaintiff's motion for partial summary judgment because it relied on admissions which the Court permitted to be withdrawn (Dkt. 162). Plaintiff's motion to strike the statement of fact and corresponding exhibit is therefore moot. Accordingly,

**IT IS HEREBY ORDERED** denying as moot Plaintiff's Motion to Strike Boston Mutual and DRMS's Statement of Facts ¶ 73 and Corresponding Exhibit 19 (Dkt. 108).

DATED this 22nd day of January, 2008.

_____
Stephen M. McNamee
United States District Judge