**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jay A. Morrow, D.D.S., ) | No. CIV 06-2635-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) |  |
| Boston Mutual Life Insurance Co., et al., ) |  |
| Defendants. ) |  |

    Before the Court are Defendants Behavioral Management, Inc. ("BMI") and Dr. Bettina Kilburn's ("BMI Defendants") Motion for Summary Judgment (Dkt. 93), and Plaintiff's Motion to Strike declarations and corresponding statements of facts submitted in connection with BMI Defendants' Motion for Summary Judgment (Dkt. 107).

    The issues in this case have changed significantly since the filing of these motions. The Court dismissed claims for intentional infliction of emotional distress and tortious interference with business expectancy as against BMI Defendants. (Dkt. 157, Order dated Nov. 5, 2007.) BMI Defendants' Motion for Summary Judgment is therefore moot as to these claims. The Court also determined that Plaintiff's claim for "substantial assistance to breach of fiduciary duty" is more properly characterized as a claim for aiding and abetting bad faith. (Id. at 5.) BMI Defendants' arguments for summary judgment on that claim fail to address it as an aiding and abetting claim, because the recharacterization occurred after BMI Defendants filed their Motion for Summary

1  Judgment.  Additionally, Plaintiff opposed BMI Defendants' Motion for Summary
2  Judgment—in part—on the grounds that discovery had not provided Plaintiff with
3  sufficient information at that time.  (See Dkt. 101 at 3.)  The exchange of discoverable
4  materials and resolution of discovery issues have presumably provided Plaintiff with
5  more information since that time.
6      The Court finds that resolution of the issues raised in BMI Defendants' Motion for
7  Summary Judgment would be best served by denying the motions and permitting the
8  parties to refile them to reflect the current status of this matter.  This decision renders
9  Plaintiff's Motion to Strike moot.  Accordingly,
10      **IT IS HEREBY ORDERED** denying without prejudice BMI Defendants' Motion
11  for Summary Judgment (Dkt. 93).  BMI Defendants may file a motion for summary
12  judgment, revised to reflect the current status of this matter, by the July 11, 2008
13  dispositive motion deadline (see Dkt. 167).
14      **IT IS FURTHER ORDERED** denying as moot Plaintiff's Motion to Strike (Dkt.
15  107).
16      DATED this 24th day of January, 2008.

Stephen M. McNamee
United States District Judge