**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow, D.D.S., an individual, ) | No. CV 06-2635-PHX-SMM |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| Boston Mutual Life Insurance Company, et al., ) | |
| Defendants. ) | |

Pursuant to the parties' stipulation (Dkt. 204), and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendants Boston Mutual Life Insurance and Disability Reinsurance Management Services, Inc. until **April 18, 2008** to disclose expert witnesses in this matter.

**IT IS FURTHER ORDERED** that Boston Mutual Life Insurance and Disability Reinsurance Management Services, Inc. shall have until **April 18, 2008** to file their response to Plaintiff's Motion for Leave to File Amended Complaint.

**IT IS FURTHER ORDERED** that Plaintiff Jay A. Morrow, D.D.S. shall have until **May 15, 2008** for rebuttal expert disclosure.

**IT IS FURTHER ORDERED** that no additional dates set forth in the Scheduling Order, as amended (Dkt. 167), shall be affected by this extension.

DATED this 10th day of April, 2008.

Stephen M. McNamee
United States District Judge