**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow, D.D.S., an individual<br><br>Plaintiff,<br><br>v.<br><br>Boston Mutual Life Insurance Company, et al.,<br><br>Defendants. | No. CV 06-02635-PHX-SMM<br><br>**ORDER** |

The Court having considered the parties' Stipulation for Extension of Time for Plaintiff to File Consolidated Reply in Support of the Motion for Leave to File First Amended Complaint (Dkt. 217), and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff until **May 2, 2008** to file a Consolidated Reply in Support of the Motion for Leave to File First Amended Complaint.

DATED this 22nd day of April, 2008.

Stephen M. McNamee
United States District Judge