**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow, D.D.S., | ) No.  CV06-2635-PHX-SMM |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| Boston Mutual Life Insurance Company, et al., | ) |
| Defendants. | ) |
| | ) |
| | ) |

The Court having considered the parties' Stipulation for Extension of Time for Plaintiff to Respond to Defendants BMI and Dr. Kilburn's Motion for Summary Judgment (Dkt. 253), and good cause appearing,

**IT IS HEREBY ORDERED** allowing Plaintiff until June 23, 2008, to file a Response to Defendants BMI and Dr. Kilburn's Motion for Summary Judgment.

DATED this 11th day of June, 2008.

Stephen M. McNamee
United States District Judge