**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow, D.D.S., an individual, | ) No. CV 06-2635-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Boston Mutual Life Insurance Company, et al., | ) |
| Defendants. | ) |

Before the Court is the parties' Stipulation for Extension of Time for Plaintiff to Respond to Defendants BMI and Dr. Kilburn's Motion for Summary Judgment (Third Request) (Dkt. 258). Plaintiff's response to Defendants BMI and Dr. Kilburn's motion for summary judgment is currently due on June 23, 2008. The parties request a two-week extension because Plaintiff and Defendants BMI and Dr. Kilburn are "extremely close to reaching a settlement," and the parties believe their efforts are better spent working out the remaining terms of settlement rather than continuing to work on summary judgment issues that may become moot by a settlement. Good cause appearing,

**IT IS HEREBY ORDERED** allowing Plaintiff until **July 23, 2008**, to file a Response to Defendants BMI and Dr. Kilburn's Motion for Summary Judgment.

DATED this 23rd day of June, 2008.

Stephen M. McNamee
United States District Judge