**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow, D.D.S., an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>Boston Mutual Life Insurance Company, et al.,<br><br>    Defendants. | No. CV 06-2635-PHX-SMM<br><br>**ORDER** |

    The Court having received the Stipulation for Dismissal Without Prejudice as to Behavioral Management, Inc. and Dr. Kilburn Only, Unopposed by Remaining Defendants (Dkt. 268),

    **IT IS HEREBY ORDERED** that Plaintiff Jay A. Morrow's claims against Defendants Dr. Bettina Kilburn and Behavioral Management, Inc. are hereby dismissed without prejudice, with each party to bear its own fees and costs.

    DATED this 16th day of July, 2008.

_____
Stephen M. McNamee
United States District Judge