**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow, D.D.S., ) | No. CV-06-2635-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Boston Mutual Life Insurance Company,) et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is Defendants Behavioral Management, Inc. ("BMI") and Dr. Bettina Kilburn's Motion for Summary Judgment (Dkt. 222). On July 17, 2008, the Court granted the parties' Stipulation of Dismissal Without Prejudice as to Defendants BMI and Kilburn. (Dkt. 269.) Accordingly,

**IT IS HEREBY ORDERED** denying as moot Defendants BMI and Kilburn's Motion for Summary Judgment (Dkt. 222).

DATED this 24th day of July, 2008.

Stephen M. McNamee
United States District Judge