**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow, D.D.S., ) | No. CV-06-2635-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Boston Mutual Life Insurance Company,) et al., ) | |
| ) | |
| Defendants. ) | |

The Court having received Plaintiff's Notice of Settlement (Dkt. 272),

**IT IS HEREBY ORDERED** that a status conference shall be scheduled in this matter for **Monday, September 15, 2008 at 9:30 a.m.** The status conference shall be automatically vacated upon the filing of a Stipulation of Dismissal by the parties.

**IT IS FURTHER ORDERED** that the briefing schedule on Defendants Boston Mutual Life Insurance Company and Disability Reinsurance Management Services, Inc.'s Motion for Summary Judgment (Dkt. 266) shall be stayed while the parties fashion a Stipulation of Dismissal.

DATED this 4th day of August, 2008.

Stephen M. McNamee
United States District Judge