**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay A. Morrow, D.D.S., ) | No. CV-06-2635-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Boston Mutual Life Insurance Company, ) et al., ) | |
| Defendants. ) | |

The Court received Plaintiff's Notice of Settlement (Dkt. 272) on August 1, 2008, and a status conference was held on September 15, 2008. The parties continue to work out the details of the settlement agreement. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (Dkt. 266) is **denied with leave to refile**.

**IT IS FURTHER ORDERED** that a status conference is set in this matter for **Monday, November 17, 2008 at 10:30 a.m.** The status conference shall be automatically vacated upon the filing of a Stipulation of Dismissal by the parties.

DATED this 8th day of October, 2008.

Stephen M. McNamee
United States District Judge