**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jay A. Morrow, D.D.S., | ) | No. CV-06-2635-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Boston Mutual Life Insurance Company, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court having received the Stipulation for Dismissal with Prejudice filed by the parties (Dkt. 276),

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice, each party to bear its own costs and fees, including attorneys' fees.

**IT IS FURTHER ORDERED** that the Status Conference set for **November 17, 2008 at 10:30am** is hereby **VACATED**.

DATED this 27th day of October, 2008.

Stephen M. McNamee
United States District Judge